# United States Court of Appeals
# for the Fifth Circuit

————————

No. 25-30319
Summary Calendar

————————

United States Court of Appeals
Fifth Circuit

**FILED**
June 30, 2025

Lyle W. Cayce
Clerk

ADAM STREGE,

*Plaintiff—Appellant*,

*versus*

ALL PLANETS NUCLEAR MISSILES; ALL PLANETS PEOPLE;
ENTERGY LOUISIANA; FIDELITY INVESTMENTS; CHARLES
SCHWAB; ICE INTERCONTINENTAL EXCHANGE; FINRA; BMO
BANK; VISA CREDIT CARDS; EXPERIAN CREDIT BUREAU;
EQUIFAX CREDIT BUREAU; CONSTELLATION ENERGY,

*Defendants—Appellees*.

————————————————————

Appeal from the United States District Court
for the Middle District of Louisiana
USDC No. 3:24-CV-1047

————————————————————

Before JONES, DENNIS, and HO, *Circuit Judges*.

PER CURIAM:[*]

The district court dismissed Plaintiff-Appellant Adam Strege's lawsuit without prejudice because his complaint failed to state specific facts

————————————————

[*] This opinion is not designated for publication. *See* 5TH CIR. R. 47.5.

No. 25-30319

sufficient to establish subject matter jurisdiction, a decision we review de novo. *Gallegos-Hernandez v. United States*, 688 F.3d 190, 193 (5th Cir. 2012). Because Strege does not set forth a basis for federal jurisdiction either in his complaint or in his brief on appeal, we AFFIRM.